UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STACY HENRY, | : | |
| Plaintiff | : | CIVIL ACTION NO. 4:22-614 |
| v. | : | (JUDGE MANNION) |
| SHYANNA MCKIVIGON and OLD LYCOMING TWP. POLICE DEPARTMENT, | : : | |
| Defendants | : | |

# O R D E R

By order dated June 27, 2022, this court adopted the report and recommendation of United States Magistrate Judge Martin C. Carlson which recommended that the plaintiff's complaint be dismissed pursuant to the screening provisions of 28 U.S.C. §1915(e)(2)(B)(ii). (Doc. 9). On July 18, 2022, the plaintiff filed a document which the court construed as a motion for leave to file objections to the report and recommendation. (Doc. 10). By order dated July 26, 2022, the court granted the plaintiff's motion, vacated the order adopting the report and recommendation and directed the plaintiff to file his objections on or before August 12, 2022. (Doc. 11). On August 9, 2022, the court's order was returned from the plaintiff's last known address

marked "Not Here – Return to Sender." (Doc. 12). The plaintiff has filed nothing with the court since his July 18, 2022 filing.

Not only has the plaintiff failed to file objections as requested in his July 18, 2022 filing, but he has also failed to comply with the Local Rules of this court.[1] Without any objections from the plaintiff, the court finds no reason to deviate from its June 27, 2022 order adopting the report and recommendation of Judge Carlson in its entirety.

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

**(1)** The court's June 27, 2022, order adopting Judge Carlson's report and recommendation in its entirety **(Doc. 9)** is **REINSTATED**.

**(2)** The plaintiff's complaint **(Doc. 1)** is **DISMISSED** pursuant to the provisions of 28 U.S.C. §1915(e)(2)(B)(ii).

**(3)** The Clerk of Court is directed to **CLOSE THIS CASE**.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: September 27, 2022**
22-614-03

---

[1] Contrary to L.R. 83.18, the plaintiff has failed to provide the clerk with his current address.

- 2 -